UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| **OLEG VOLK** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV:6-08-094 |
| | ) | |
| **DEREK ZEANAH** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTERESTED PARTIES**
<u>S.D. Ga. LR 3.2</u>

**The undersigned, counsel of record for Defendant Derek Zeanah, certifies that the following is a full and complete list of the parties in this action:**

    Plaintiff OLEG VOLK, an individual and

    Defendant DEREK ZEANAH, an individual

**The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:**

    As to Defendant Zeanah, there are no officers, directors or trustees.

**The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):**

    As to Defendant Zeanah, the Defendant is the only person with a financial interest in the case.

Respectfully submitted, this 26th day of January, 2009.

                                      FRANKLIN TAULBEE RUSHING
                                      SNIPES & MARSH

                                      */S/ DANIEL B. SNIPES*
                                      Daniel B. Snipes
                                      Georgia State Bar No. 665769
                                      12 Siebald St.
                                      P. O. Box 327
                                      Statesboro, Georgia 30458-0327
                                      Telephone: 912-764-9055
                                      Fax: 912-764-8687
                                      Email: dsnipes@ftrsm.com

                                      Attorneys for Defendant/Counter-Plaintiff

*Pro Hac Vice Motion Pending*

FLYNN PEELER & PHILLIPS, LLC

/**s/Charles E. Peeler**
Georgia State Bar No. 570399
Post Office Box 7 (31702)
517 West Broad Avenue
Albany, GA 31701
Telephone: 229-446-4886
Fax: 229-446-4884
Email: cpeeler@fpplaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **OLEG VOLK** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CV:6-08-094 |
| | ) |
| **DEREK ZEANAH** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2009, I electronically filed a true and correct copy of the foregoing CERTIFICATE OF INTERESTED PERSONS through the Court's CM/ECF system which shall cause service to be electronically made upon the following:

Mr. George H. Rountree
Brown Rountree PC
26 North Main Street
P. O. Box 1988
Statesboro, Georgia 30459
George@br-firm.com

Mr. Glenn D. Bellamy
Greenebaum, Doll & McDonald PLLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
gdb@gdm.com

This 26th day of January, 2009.

*/S/ DANIEL B. SNIPES*
Daniel B. Snipes

3