**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| **Oleg Volk,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No.: 6:08-CV-00094-BAE-GRS** |
| | ) | |
| **Derek Zeanah,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO COMPLETE DISCOVERY**

COMES NOW, Oleg Volk and Derek Zeanah (the "Parties") and hereby file their Joint Motion for Extension of Time to Complete Discovery and Brief in Support, showing the Court as follows:

The Parties have continued to diligently complete discovery. To date, the parties have exchanged documents, initial disclosures and interrogatory responses.

Pursuing additional discovery by the parties was delayed as a result of a dispute over disqualification of Plaintiff's counsel Glenn Bellamy. On June 5, 2009, Defendant filed a motion to disqualify Plaintiff's counsel. On June 25, 2009, Plaintiff's counsel Glenn Bellamy voluntarily withdrew from the matter. On July 14, 2009, Counsel Michael Branson made an entry of appearance on behalf of Plaintiff.

With new counsel in place, the parties believe a 90 day extension of the discovery period up to and including November 13, 2009 will afford a sufficient amount of time to complete discovery.

The Parties hereby move this Court to extend the deadline set forth in its Scheduling Order of March 3, 2009 to allow up through and including November 13, 2009 to complete discovery. The Parties further move this Court to extend the deadline set forth in its Scheduling Order regarding the filing of all civil motions up to and including December 13, 2009.

The Parties have submitted a proposed revised Scheduling Order in connection with its motion. The Parties pray that this Court grants its motion to allow the Parties the requested time to complete all discovery in this case.

Respectfully submitted this 7th day of August, 2009.

BROWN ROUNTREE PC

*/s/ George H. Rountree*

George H. Rountree
Georgia Bar # 616205
26 North Main Street
P. O. Box 1988
Statesboro, Georgia 30459
Tel: 912-489-6900
Fax: 912-764-2251

Michael P. Branson *(Pro Hac Vice)*
Branson Legal Services, LLC
211 1/2 North Holden Street
Warrensburg, Missouri 64093
Tel: 816-868-3920
Fax: 660-747-2918

*Counsel for Plaintiff*

[Signatures continued on next page]

FLYNN PEELER & PHILLIPS, LLC

*/s/ Charles E. Peeler*

Charles E. Peeler
Georgia State Bar No. 570399
517 West Broad Avenue
Post Office Box 7 (31702)
Albany, GA 31701
229-446-4886
229-446-4884 (fax)
cpeeler@fpplaw.com

FRANKLIN TAULBEE RUSHING
SNIPES & MARSH

Daniel B. Snipes
Georgia State Bar No. 665769
12 Siebald Street
P. O. Box 327
Statesboro, Georgia 30485-0327
912-764-9055
912-764-8687
dsnipes@ftrsm.com

*Counsel for Defendants*